# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LIPSEY, | No. CV 13-07474-GHK (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| G. D. LEWIS, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 10/23/13

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE